**MEMORANDUM ENDORSED**



|  |  |
|---|---|
| Concepcion A. Montoya<br>cmontoya@hinshawlaw.com | **ATTORNEYS AT LAW**<br>800 Third Avenue<br>13th Floor<br>New York, NY  10022<br><br>212-471-6200<br>212-935-1166 (fax)<br>www.hinshawlaw.com |

February 4, 2022

**VIA ECF**

The Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Rm. 2260
New York, New York  10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/2022
```

      Re:    Estevez v. GreenGeeks LLC
             Docket No. 21-cv-08846-GHW

Your Honor:

We represent Defendant GreenGeeks LLC ("GreenGeeks") in the above-referenced matter and write to request an adjournment of the initial conference on behalf both parties for the reasons set forth below.

The parties engaged in mediation, pursuant to the Court's mediation order, on January 24, 2022 and January 31, 2022.  While the case did not settle at mediation, the parties are continuing to engage in settlement negotiations.  Accordingly, in the hopes of achieving resolution of the case shortly, the parties respectfully request a 2-week adjournment of the initial conference scheduled on February 15, 2022 at 4:30 p.m. as well as the corresponding date for submission of the joint letter and proposed case management plan, which is presently due on February 8, 2022.

We thank the Court for its consideration in this matter.

Respectfully submitted,

HINSHAW & CULBERTSON LLP


*/s Concepcion A. Montoya*
Concepcion A. Montoya

The parties' request is granted.  The initial pre-trial conference currently scheduled for February 15, 2022 is adjourned to March 1, 2022 at 2:00 p.m.  The joint status letter and proposed case management plan  described in the Court's October 29, 2021 order are due no later than February 22, 2022.

The Clerk of Court is instructed to terminate the motion at Dkt. No. 26.

   SO ORDERED.

   Dated:
   New York, New York

                                            GREGORY H. WOODS
                                            United States District Judge